UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | ED CV 26-4128 PA (CTSx) | Date | October 9, 2026 |
| Title | Rashad Lakeshore, et al. v. McLane Foodservice Distribution, Inc. | | |

| | | |
|---|---|---|
| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** IN CHAMBERS — ORDER TO SHOW CAUSE

Although the District Judge presiding over Ricardo Esparza v. McLane Foodservice Distribution, Inc., Case No. SA CV 25-200, declined the low number transfer of this action, the two cases appear to have overlapping class definitions. Specifically, Case No SA CV 25-200, defines the putative class in that case as "[A]ll individuals who are or previously were employed by DEFENDANT in California, including any employees staffed with DEFENDANT by a third party, and classified as non-exempt employees (the "CALIFORNIA CLASS") at any time during the period beginning four (4) years prior to the filing of this Complaint and ending on the date as determined by the Court (the "CALIFORNIA CLASS PERIOD"). The First Amended Complaint in this action defines the "hourly employee class" as "All persons employed by Defendants whether directly or indirectly through any staffing agencies and/or any other third parties in hourly or nonexempt positions in California during the Relevant Time Period" and defines the "Relevant Time Period" as "beginning four years prior to the filing of this action until judgment is entered."

Because of the inefficiencies inherent in maintaining separate overlapping putative class actions in the same court at the same time asserting similar claims, the Court orders the parties to show cause in writing why the Court should not stay this action pending further developments in Case No. SA CV 25-200. The parties' responses to this Order to Show Cause shall be filed by no later than October 19, 2026.

IT IS SO ORDERED.