UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | ED CV 26-4128 PA (CTSx) | Date | October 20, 2026 |
| Title | Rashad Lakeshore, et al. v. McLane Foodservice Distribution, Inc. | | |

Present: The Honorable PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS — ORDER TO SHOW CAUSE

On October 9, 2026, the Court ordered the parties to show cause in writing why the Court should not stay this action pending further developments in Case No. SA CV 25-200. The Court has reviewed the parties' responses. In its Response, defendant McLane Foodservice Distribution, Inc. ("Defendant") contends that the Court should dismiss rather than stay this action under the first-to-file rule. Because the Court's Order to Show Cause did not address the possibility of dismissal, the Court will allow plaintiff Rashad Lakeshore ("Plaintiff") to file a further response not to exceed four (4) pages addressing Defendant's argument by no later than October 26, 2026.

The Court vacates the Scheduling Conference currently on calendar for October 26, 2026.

IT IS SO ORDERED.